Laura A. Martin Esq.
*Admitted Pro Hac Vice*
**GERBER CIANO KELLY BRADY, LLP**
PO Box 1060
Buffalo, NY 14201
Tel: (914) 505.6283 / Fax: (914) 639.4343
lmartin@gerberciano.com
**Attorneys for Defendant,** *Home Depot U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN ZIBULL,<br><br>           Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A. INC., SUZHOU XINDADI HARDWARE CO., LTD; and DOES 1-50 Inclusive,<br><br>           Defendants. | Case No.: 2:22-cv-02206-WBS-JDP<br><br>**STIPULATED AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>**Pursuant to Fed. R. Civ. P. 26(c)(1)** |

The parties stipulate and ask the Court to Order that the scheduling order entered on April 5, 2023 (ECF No. 11) be modified by extending the discovery and dispositive motion deadlines as set forth below, respectively.  Good cause exists for this extension.  The parties are attempting to engage in settlement discussions before expending additional time and resources on experts.  This action is an involved products liability case, and the cost of experts is anticipated to be significant.  The parties are endeavoring and anticipating that after some additional discovery is conducted that they will engage in meaningful mediation in an effort to resolve the matter before incurring the corresponding and substantial expense of experts.  The parties have worked together amicably and professionally throughout this matter and believe that the matter has a reasonable opportunity to resolve if these steps are taken.

The parties request the extension in order to engage in settlement discussions before expending additional time and resources on experts. This is the parties' first request for an extension. The parties anticipate that either the case will resolve or the necessary discovery will be completed within the brief extension requested. This requested extension does affect the intended trial date and the parties are advised by the Court's Courtroom Deputy that the dates below are available. Specifically, the parties request an extension and propose the following dates:

1. Disclosure of Expert Witnesses due by December 15, 2023;
2. Rebuttal expert reports due by January 12, 2024;
3. All Discovery due by January 31, 2024;
4. Motions to compel discovery due by February 16, 2024;
5. All motions due by May 3, 2024;
6. July 29, 2024 at 1:30 pre-trial conference; and
7. October 1, 2024 trial date.

Respectfully submitted,

Dated: October 12, 2023

*s/ Gary Haslerud*
Gary E. Haslerud, Esq.
HASLERUD LAW OFFICE
410 Hemsted Drive, Suite 220
Redding, California 96002
Telephone: (530) 605-1418
Fax: (530) 419-2252
ghaslerud@haslerudlaw.com
cgebhart@haslerudlaw.com
**Attorneys for Plaintiff**

Dated: October 12, 2023

*s/ Laura Martin*
Laura Martin, pro hac
GERBER CIANO KELLY BRADY LLP
PO Box 1060
Buffalo, NY 14201
lmartin@gerberciano.com
(914) 505-6283
**Counsel for Defendant, Home Depot, U.S.A., Inc.**

IT IS SO ORDERED. The discovery and dispositive motion deadlines are extended as follows:

1. Disclosure of Expert Witnesses due by December 15, 2023;
2. Rebuttal expert reports due by January 12, 2024;
3. All Discovery due by January 31, 2024;
4. Motions to compel discovery due by February 16, 2024;
5. All motions due by May 3, 2024;
6. July 29, 2024 at 1:30 pre-trial conference; and
7. October 1, 2024 at 9:00 a.m. trial date.

Dated: October 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE