Gary E. Haslerud, Esq. (SBN: 178023)
HASLERUD LAW OFFICE
410 Hemsted Drive, Suite 220
Redding, California 96002
Telephone: (530) 605-1418
Fax: (530) 419-2252
ghaslerud@haslerudlaw.com

**Attorneys for Plaintiff**
RYAN ZIBULL

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ZIBULL,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A. INC., SUZHOU XINDADI HARDWARE CO., LTD; and DOES 1-50 Inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-02206-WBS-JDP<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Judge:  Hon. William B. Shubb |

Plaintiff , **Ryan Zibull** and Defendant, **Home Depot U.S.A., INC.** hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: March 12, 2024

| HASLERUD LAW OFFICE | GERBER CIANO KELLY BRADY LLP |
|---|---|
| _/s/ Gary Haslerud_<br>By: Gary E. Haslerud, Esq.<br>*Attorneys for Plaintiff*<br>410 Hemsted Drive, Suite 220<br>Redding, California 96002<br>Tel: (530) 605-1418 / Fax: (530) 419-2252<br>ghaslerud@haslerudlaw.com | /s/ Laura Ashley Martin<br>By: Laura A. Martin, Esq.<br>*Admitted Pro Hac Vice*<br>*Attorneys for Defendant,*<br>*Home Depot U.S.A., Inc.*<br>Po Box 1060<br>Buffalo, New York 14201<br>Tel: (914) 505-6283 / Fax: (914) 639.4343<br>lmartin@gerberciano.com |

#### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  March 13, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE